# United States Court of Appeals for the Federal Circuit

---

**UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-2248

---

Appeal from the United States Court of Federal Claims in No. 1:15-cv-01549-PEC, Judge Patricia E. Campbell-Smith.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 9, 2024
Date

Jarrett B. Perlow
Clerk of Court